**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DOMINGO COLON-MONTANEZ,      :   No. 127 MM 2018

         Petitioner       :

         v.         :

VINCENT MOONEY, SUPERINTENDENT   :
OF SCI-RETREAT,

         Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for Immediate Bail are DENIED.